**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2022 JUL 11 AM 11: 35

M. REGINA THOMAS
CLERK

Richard Smith

|  |  |  |  |
|---|---|---|---|
| IN RE: | * | | |
| | * | | |
| DELTA ELITE INVESTMENTS, LLC | * | CASE NO.: | **22-54267-BEM** |
| | * | | |
| | * | CHAPTER: | **11** |
| | * | | |
| | * | JUDGE: | **Barbara Ellis-Monro** |
| Debtor. | * | | |
| | * | | |

## MOTION FOR EXTENSION OF TIME TO CONSULT AND RETAIN SERVICES OF AN ATTORNEY

COMES NOW, the Debtor in the above-styled action and file herewith a Motion

To Consult and Retain Services of an Attorney and shows the Court as follows:

**1.**

Debtor filed a petition for Relief under 11 U.S.C. Chapter 11 on June 6, 2022, and is therefore subject to the jurisdiction of this Court.

**2.**

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. § 362.

**3.**

Debtor respectfully requests time to consult and to retain the services of an Attorney to represent Debtor in Chapter 11 Bankruptcy Proceedings.

**4.**

As to all creditors under 11 U.S.C. §(c)(3)(C)(i), Debtor has filed this present case in good faith. Debtor has not had any previous cases filed within the preceding one (1) year period.

**WHEREFORE** Debtor prays as follows:

(i)     The Court find Debtor's instant Chapter 11 Bankruptcy Case No. 22-54267
        to be filed in good faith;

(ii)    The Court enter an order granting an extension of time to consult and retain
        an Attorney with the Court;

(iii)   Such other and further relief as the Court deems appropriate and necessary.

This 8th day of July 2022.

Respectfully Submitted,

J. Marie Price
Managing Member
Delta Elite Investments, LLC
P.O. Box 76473
Atlanta, GA 30126

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:                                    *
                                          *
DELTA ELITE INVESTMENTS, LLC*             CASE NO.:    **22-54267-BEM**
                                          *
                                          *             CHAPTER:    **11**
                                          *
         Debtor.                          *             JUDGE:      **Barbara Ellis-Monro**
                                          *

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am over the age of 18 and that on or about June 6, 2022, I served a copy of

the foregoing MOTION FOR EXTENSION OF TIME TO CONSULT AND RETAIN

SERVICES OF AN ATTORNEY by first class U.S. Mail, with adequate postage prepaid,

on the following persons or entities at the following addresses stated:

| | |
|---|---|
| Office of Trustee<br>United States Bankruptcy Court<br>Northern District of Georgia<br>75 Ted Turner Dr. SW<br>Suite 362<br>Atlanta, GA 30303 | Selene Finance<br>P.O. Box 8619<br>Philadelphia, PA 19101 |
| FCU Its Successors and Assigns<br>P.O. Box 173313<br>Denver, CO 80217 | |

Date: July 8, 2022                          Respectfully,

                                            J. Marie Price
                                            Managing Member
                                            Delta Elite Investments, LLC
                                            P.O. Box 76473
                                            Atlanta, GA 30126